**UNITED STATES** *versus* **DAVID THOMPSON.**

JOURNAL ENTRIES (1832): *Journal 4:* (1) Leave given to file information, rule to show cause against judgment of ouster, copy of rule and of information ordered served *p. 520; (2) rule to show cause extended *p. 522; (3) rule set aside, information withdrawn, rule to show cause against filing information *p. 523.
PAPERS IN FILE: (1) Affidavit for quo warranto; (2) information; (3) motion to set aside rule to show cause; (4) brief.
*1824–36 Calendar,* MS p. 222.